No. 40229.—Protest 917085–G of Mogi, Momonoi & Co. (New York).

Opinion by Sullivan, J. It was stipulated that the merchandise consists of figures in chief value of plaster of paris similar to those the subject of *United States* v. *Okuda* (23 C. C. P. A. 46, T. D. 47713). The claim at 35 percent under paragraph 205 was therefore sustained.

No. 40230.—Protest 935205–G of General Concessions Corp. (Cleveland).

Opinion by Sullivan, J. On the authority of Abstract 39565 the claim as to the so-called imitation metal watch was overruled. The carnival raffle cards are about 2⅛ by ⅞ of an inch in dimensions. It was held that the evidence did not overcome the presumption of correctness of the classification as articles of paper lithographically printed. *Fougera* v. *United States* (1 Ct. Cust. Appls. 146, T. D. 31208) cited. The protest was overruled. *United States* v. *Bullocks* (25 C. C. P. A. 381, T. D. 49465) followed.

BEFORE THE SECOND DIVISION, DECEMBER 27, 1938

No. 40231.—Protest 179409–G of John Wanamaker (New York).

Opinion by Tilson, J. From the record it was found that the merchandise in question consists of embroidered wearing apparel in part of braid, trimming, or lace, similar to that involved in *Glemby's* v. *United States* (13 Ct. Cust. Appls. 533, T. D. 41397). The claim at 75 percent under paragraph 1430 was therefore sustained.

No. 40232.—Protest 44546–G of Geo. M. Boutross Co. (New York).

Opinion by Tilson, J. On the record presented filet laces similar to those involved in *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065) were held dutiable at 75 percent under paragraph 1430 as claimed.